JOHN D. CHEEVER, Respondent, *v.* THE PITTSBURGH, SHE-NANGO AND LAKE ERIE RAILROAD COMPANY, Appellant.

*Cheever* v. *Pittsburgh, S. & L. E. R. R. Co.*, 50 App. Div. 422, affirmed. (Argued October 29, 1901; decided December 20, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frank Sullivan Smith* for appellant.

*Austin G. Fox* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, LANDON, CULLEN and WERNER, JJ. Dissenting: HAIGHT, J.

---

KATE JOHNSTON, Respondent, *v.* PHŒNIX BRIDGE COMPANY, Appellant, Impleaded with Others.

*Johnston* v. *Phœnix Bridge Co.*, 44 App. Div. 581, affirmed. (Argued November 15, 1901; decided December 20, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1899, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*Charles C. Nadal* for appellant.

*James C. Cropsey* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on authority of *Deming* v. *Terminal Ry. Co.* (169 N. Y. 1).
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.